*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# District of Columbia
# Court of Appeals

No. 19-BG-368
IN RE CAROLYN M. CROWLEY
A Member of the Bar of the                                          **2019 DDN 40**
District of Columbia Court of Appeals

**Bar Registration No.  444797**

BEFORE: McLeese, Associate Judge, and Washington and Nebeker, Senior
Judges.

**O R D E R**
(FILED- July 25, 2019)

On consideration of the certified order of the Supreme Court of Florida suspending respondent from the practice of law in the state of Florida for 91 days; this court's May 3, 2019, order suspending respondent pending further action of the court and directing her to show cause why the functional-equivalent reciprocal discipline of a 91-day suspension with a fitness requirement should not be imposed; the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent failed to file a response to the court's show cause order but did file her D.C. Bar R. XI § 14(g) affidavit on May 29, 2019; it is

ORDERED that Carolyn M. Crowley, also known as Carolyn M. Holt, is hereby suspended from the practice of law in the District of Columbia for a period of 91 days *nunc pro tunc* to May 29, 2019, with reinstatement contingent on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**